JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 554 -- In re "Safety Seal" Brown String Tire Repair Trademark and Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/05/24 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- for transfer pursuant to 28 U.S.C. §1407 -- deft. Myers Tire Supply Co. w/Exhibit and cert. of svc. (ds)<br>SUGGESTED TRANSFEREE DISTRICT: W.D. Texas<br>SUGGESTED TRANSFEREE JUDGE: (ds) |
| 83/06/06 | | APPEARANCES -- JOHN A. MCNIFF, ESQ. for North Shore Laboratories Corp.; RICHARD W. ALEXANDER, ESQ. for Ernest F. Radbill, Motor Industries and Myers Tire Supply Co. (ds) |
| 83/06/07 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- pltfs. North Shore Lab. Corp. GRANTED to and including June 22, 1983 to pltfs. North Shore Lab. Corp. Notified involved counsel. (ds) |
| 83/06/22 | 3 | RESPONSE -- North Shore Laboratories Corp. -- w/cert. of service (cds) |
| 83/06/27 | 4 | REQUEST FOR EXTENSION OF TIME -- Myers Tire Supply Co. -- GRANTED TO AND INCLUDING JULY 1, 1983 (cds) |
| 83/07/01 | 5 | REPLY -- Northern Shore Laboratories -- w/Exhibits 1-5 and cert. of service (cds) |
| 83/06/24 | | HEARING ORDER -- setting motion for Panel Hearing in Portland, Maine on July 28, 1983 (cds) |
| 83/07/14 | 6 | NOTICE OF RELATED ACTION -- deft. Myers Tire Supply Co. -- Patch Rubber Co. v. North Shore Laboratories, Inc., W.D. Texas, C.A. No. A-83-CA-336. (ds) |
| 83/07/26 | | HEARING APPERANCES FOR JULY 26, 1983, PORTLAND, MAINE -- Richard W. Alexander, Esq. for Myers Tire Supply Co. John A. McNiff, Esquire for North Shore Laboratories Corp. (rew) |
| 83/08/04 | | ORDER DENYING TRANSFER -- Notified Involved Judges, Clerks and Counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 554 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE "SAFETY SEAL" BROWN STRING TIRE REPAIR TRADEMARK AND PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 4, 1983 | MO | Unpublished | | *Denied* | |

Special Transferee Information

DATE CLOSED: AUGUST 4, 1983

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 554 -- In re "Safety Seal" Brown String Tire Repair Trademark and Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | North Shore Laboratories Corp. v. Ernest F. Radbill, et al. | W.D.Tex. Nowlin | A-82-CA-358 | | | | |
| A-2 | North Shore Laboratories Corp. v. Myers Tire Supply Co. | D.Mass. Caffrey | 83-0337-C | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 554 -- In re "Safety Seal" Brown String Tire Repair Trademark and Patent Litigation

| | |
|---|---|
| NORTH SHORE LABORATORIES CORP. (A-1 & A-2)<br>John A. McNiff, Esquire<br>Pearl, McNiff, Crean & Cook<br>30 Main Street<br>Peabody, Massachusetts 01960 | ERNEST F. RADBILL<br>MOTOR INDUSTRIES,<br>MYERS TIRE SUPPLY CO.<br>Richard W. Alexander, Esquire<br>Fitzgerald, Meissner, Augustine<br>  & Alexander<br>Westgate Tower, Suite 2303<br>Austin, Texas   78701 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 554 -- In re "Safety Seal" Brown String Tire Repair Trademark and Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Ernest F. Radbill | A-1, |
| Motor Industries, Inc. | A-1 |
| Myers Tire Supply Co. | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |