AUG -4 1983

DOCKET NO. 554

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE "SAFETY SEAL" BROWN STRING TIRE REPAIR TRADEMARK AND PATENT LITIGATION

ORDER DENYING TRANSFER*

This litigation consists of the two actions listed on the attached Schedule A and pending in two federal districts as follows: one action in the District of Massachusetts and one action in the Western District of Texas. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the defendant in the Massachusetts action to transfer that action to the Western District of Texas for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Robert H. Schnacke took no part in the decision of this matter.

<u>Schedule A</u>

MDL-554 -- <u>In re "Safety Seal" Brown String Tire Repair Trademark and Patent Litigation</u>

<u>District of Massachusetts</u>

<u>North Shore Laboratories Corp. v. Myers Tire Supply Co.</u>, C.A. No. 83-0337-C

<u>Western District of Texas</u>

<u>North Shore Laboratories Corp. v. Ernest F. Radbill, et al.</u>, C.A. No. A-82-CA-358